# Supplemental Civil Cover Sheet for Cases Removed From State Court

**This form must be attached to the Civil Cover Sheet at the time the case is filed in the U.S. District Clerk's Office. Additional sheets may be used as necessary.**

1. **State Court Information:**

Please identify the court from which the case is being removed and specify the number assigned to the case in that court.

| Court | Case Number |
|---|---|
| 44th District Court of Dallas County, Texas | DC-20-12543 |

2. **Style of the Case:**

Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

| Party and Party Type | Attorney(s) |
|---|---|
| RANDSTAD GENERAL PARTNER (US), LLC (PL) | Dawn Estes (14251350), Terah Moxley (24074768) |
| RANDSTAD TECHNOLOGIES, LLC (PL) | ESTES THORNE & CARR PLLC, (214) 599-4000 |
| | 3811 Turtle Creek Blvd, Suite 2000, Dallas, TX 75219 |
| BEACON HILL STAFFING GROUP, LLC (DEFS) | Lea C. Dearing (24045018) |
| SHAWNA BESTREICH, and ANDREW WANG | Berman Fink Van Horn, PC., (404) 261-7711 |
| | 3475 Piedmont Rd., NE, Suite 1100, Atlanta, GA 30305 |

3. **Jury Demand:**

Was a Jury Demand made in State Court? ☑ Yes ☐ No

If "*Yes,*" by which party and on what date?

Plaintiffs — Party

9/4/2020 — Date

4. **Answer:**

Was an Answer made in State Court? ☐ Yes ☑ No

If "*Yes*," by which party and on what date?

______________________________ ______________________
Party Date

5. **Unserved Parties:**

The following parties have not been served at the time this case was removed:

| Party | Reason(s) for No Service |
|---|---|
| SHAWNA BESTREICH | |
| ANDREW WANG | |
| | |
| | |
| | |

6. **Nonsuited, Dismissed or Terminated Parties:**

Please indicate any changes from the style on the State Court papers and the reason for that change:

| Party | Reason |
|---|---|
| | |

7. **Claims of the Parties:**

The filing party submits the following summary of the remaining claims of each party in this litigation:

| Party | Claim(s) |
|---|---|
| RANDSTAD GENERAL PARTNER (US), LLC and RANDSTAD TECHNOLOGIES, LLC | Plaintiffs assert claims for tortious interference, civil conspiracy, unfair competition, injunctive relief, damages, and attorney's fees |