# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| RANDSTAD GENERAL PARTNER (US), LLC and RANDSTAD TECHNOLOGIES, LLC,<br>Plaintiffs,<br><br>v.<br><br>BEACON HILL STAFFING GROUP, LLC, SHAWNA BESTREICH, and ANDREW WANG,<br>Defendants. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | CIVIL ACTION FILE NO.:<br><br>(Removed from the District Court of Dallas County, Texas) |

**DECLARATION OF STEVEN DROOKER**

1.

My name is Steven Drooker. I am a resident of the Commonwealth of Massachusetts. I voluntarily and freely make this Declaration on my own personal knowledge for use as evidence in the above-styled matter, and for any and all other uses and purposes authorized by law. I am over eighteen years of age, am suffering from no legal disability, and I am competent and authorized to make this Declaration and to testify to the statements herein.

2.

Beacon Hill Staffing Group, LLC ("Beacon Hill") is a limited liability company organized and existing under the laws of Massachusetts. Beacon Hill is headquartered in Boston, Massachusetts.

3.

I am the sole Manager of Defendant Beacon Hill.

4.

In my role as Manager for Beacon Hill and through my personal knowledge of the individuals discussed below, I am familiar with Beacon Hill's structure and members as well as the identity and domicile of the members of Beacon Hill and the trustee and beneficiaries of the trusts that are members of Beacon Hill.

5.

I am personally familiar with the identity of the members of Beacon Hill. Beacon Hill has four members, none of which members is domiciled in or is a citizen of Texas, Georgia, or Delaware.

6.

I am one of the members of Beacon Hill. I live, work, and am permanently domiciled in Massachusetts. I reside in Massachusetts and I intend to remain a resident of Massachusetts indefinitely.

7.

The other three members of Beacon Hill are: (a) Shelley Cohen as Trustee of the GBD Separate Trust established under the Drooker Family 2019 Trust; (b) Shelley Cohen as Trustee of the MJD Separate Trust established under the Drooker Family 2019 Trust; and (c) Shelley Cohen as Trustee of the CAD Separate Trust established under the Drooker Family 2019 Trust. These three trusts are, collectively referred to herein as, the "Member Trusts."

8.

The sole Trustee for each of the Member Trusts is Shelley Cohen. Ms. Cohen lives and is permanently domiciled in Florida.

9.

Each of the three Member Trusts has one beneficiary. All of the beneficiaries of each of the Member Trusts lives and are permanently domiciled in Massachusetts.

10.

One of the beneficiaries of the Member Trusts is a minor, and both parents of the minor beneficiary live in and are permanently domiciled in Massachusetts.

11.

For each of the Member Trusts, the Trust situs is Florida, and the Member Trusts, by their terms, are to be administered, and their terms, provisions and conditions to be construed, in accordance with the laws of the State of Florida. The Member Trusts are all irrevocable trusts under which the Trustee of the Member Trusts holds, manages, and controls the Trust Property.

12.

None of the members of Beacon Hill, including the Member Trusts' trustee and respective beneficiaries, or the parents of the minor beneficiary referred to above, are residents of, domiciliaries of, or intends to relocate to Texas, Georgia, or Delaware.

Pursuant to 28 U.S.C. section 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 10th day of September 2020.

Steven Drooker, Manager