# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| RANDSTAD GENERAL PARTNER (US), LLC and RANDSTAD TECHNOLOGIES, LLC, Plaintiffs, | * | |
| v. | * | CIVIL ACTION FILE NO.: |
| BEACON HILL STAFFING GROUP, LLC, SHAWNA BESTREICH, and ANDREW WANG, Defendants. | * | (Removed from the District Court of Dallas County, Texas) |

**DECLARATION OF SHELLEY COHEN**

1.

My name is Shelley Cohen. I am a resident of the State of Florida. I voluntarily and freely make this Declaration on my own personal knowledge for use as evidence in the above-styled matter, and for any and all other uses and purposes authorized by law. I am over eighteen years of age, am suffering from no legal disability, and am competent and authorized to make this Declaration and to testify to the statements herein.

2.

I am the sole Trustee for the following Trusts: (a) the GBD Separate Trust established under the Drooker Family 2019 Trust; (b) the MJD Separate Trust established under the Drooker Family 2019 Trust; and (c) the CAD Separate Trust established under the Drooker Family 2019 Trust.

3.

I live and am permanently domiciled in Florida. I reside in Florida and I intend to remain

a resident of Florida indefinitely.

Pursuant to 28 U.S.C. section 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 10th day of September 2020.

Shelley Cohen
Trustee of the GBD Separate Trust established under the Drooker Family 2019 Trust,
Trustee of the MJD Separate Trust established under the Drooker Family 2019 Trust
Trustee of the CAD Separate Trust established under the Drooker Family 2019 Trust