# EXHIBIT C

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| RANDSTAD GENERAL PARTNER (US), LLC<br><br>Plaintiff,<br><br>v.<br><br>BEACON HILL STAFFING GROUP LLC, SHAWNA BESTREICH and ERIK ADAMS,<br><br>Defendants. | CIVIL ACTION FILE NO:<br>1:19-CV-01655 |

**DECLARATION OF SHAWNA BESTREICH**

1.

My name is Shawna Bestreich. I am a resident of the state of Texas. I voluntarily and freely make this Declaration on my own personal knowledge for use as evidence in the above-styled matter, and for any and all other uses and purposes authorized by law. I am over eighteen years of age, am suffering from no legal disability, and am competent and authorized to make this Declaration and to testify to the statements herein.

2.

I began my career in the staffing industry in 2010. I initially focused on physician positions.

3.

I joined a second staffing firm to launch its physician practice in 2013.

4.

In 2016, I was recruited to join Randstad General Partner (US), LLC ("Randstad") in Texas in the General Staffing Division ("RGS") during a rebuilding phase for the company.

5.

My title at Randstad was Vice President of Market Sales. This was a purely administrative role and not a producing (sales) role.

6.

As a condition of my employment with Randstad, I was required to sign an agreement containing restrictive covenants.

7.

I received and signed the Randstad restrictive covenant agreement in Texas.

8.

I was hired by Beacon Hill Staffing Group, LLC ("Beacon Hill") in June 2018 to work in its Dallas, Texas office.

9.

I work for Beacon Hill as a producer.

10.

I was recruited to Beacon Hill by a recruiter based in California.

11.

Both during my employment with Randstad and my current employment with Beacon Hill, I have worked exclusively in Texas.

Pursuant to 28 U.S.C. section 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 29 day of April, 2019.

Shawna Bestreich