# EXHIBIT D

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| RANDSTAD GENERAL PARTNER (US), LLC and RANDSTAD TECHNOLOGIES, LLC,<br>Plaintiffs, | * | |
| | * | CIVIL ACTION FILE NO.: |
| v. | * | |
| BEACON HILL STAFFING GROUP, LLC, SHAWNA BESTREICH, and ANDREW WANG,<br>Defendants. | * | (Removed from the District Court of Dallas County, Texas) |

**DECLARATION OF ANDREW WANG**

1.

My name is Andrew Wang. I am a resident of the Commonwealth of Massachusetts. I voluntarily and freely make this Declaration on my own personal knowledge for use as evidence in the above-styled matter, and for any and all other uses and purposes authorized by law. I am over eighteen years of age, am suffering from no legal disability, and am competent and authorized to make this Declaration and to testify to the statements herein.

2.

I am the Chief Executive Officer and President of Beacon Hill Staffing Group LLC ("Beacon Hill").

3.

I work, reside, and intend to remain indefinitely in the Commonwealth of Massachusetts.

4.

I am domiciled in Massachusetts.

5.

I have not been served in this action, but I expressly consent to removal of this action to the Northern District of Texas.

Pursuant to 28 U.S.C. section 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 10 day of September, 2020.

Andrew Wang, Chief Executive Officer