# EXHIBIT E

**Index of Court Filings**

*Randstad General Partner (US), LLC and Randstad Technologies, LLC v. Beacon Hill Staffing Group LLC, Shawna Bestreich, and Andrew Wang*
Cause No. DC-20-12543
44th District Court of Dallas County, Texas

| **Exhibit** | **Date Filed** | **Pleading** |
|---|---|---|
| G1 | 9/4/2020 | Complaint for Injunctive Relief and Damages |
| G2 | 9/9/2020 | Issuance of Citation – Andrew Wang |
| G3 | 9/9/2020 | Issuance of Citation – Shawna Bestreich |
| G4 | 9/9/2020 | Issuance of Citation – Beacon Hill Staffing Group, LLC |
| G5 | 9/10/2020 | Acknowledgment of Service |