# EXHIBIT F

## Case Information

DC-20-12543 | RANDSTAD GENERAL PARTNER, (US), LLC, et al vs. BEACON HILL STAFFING GROUP, LLC, et al

| Case Number | Court | Judicial Officer |
|---|---|---|
| DC-20-12543 | 44th District Court | GOLDSTEIN, BONNIE LEE |
| File Date | Case Type | Case Status |
| 09/04/2020 | OTHER (CIVIL) | OPEN |

## Party

PLAINTIFF
RANDSTAD GENERAL PARTNER, (US), LLC

Address
ONE OVERTON PARK
3625 CUMBERLAND BLVD. S.E.
ATLANTA GA 30339

Active Attorneys
Lead Attorney
ESTES, DAWN
Retained

PLAINTIFF
RANDSTAD TECHNOLOGIES, LLC

Address
ONE OVERTON PARK
3625 CUMBERLAND BLVD. S.E.
ATLANTA GA 30339

Active Attorneys
Lead Attorney
ESTES, DAWN
Retained

DEFENDANT
BEACON HILL STAFFING GROUP, LLC

Address
ITS REGISTERED AGENT, CORPORATION SERVICE COMPANY
211 E. 7TH STREET, SUITE 620
AUSTIN TX 78701

DEFENDANT
BESTREICH, SHAWNA

Address
7137 ROYAL LANE
DALLAS TX 75230

DEFENDANT
WANG, ANDREW

Address
315 MARLBOROUGH ST.
BOSTON MA 02116

## Events and Hearings

09/04/2020 NEW CASE FILED (OCA) - CIVIL

09/04/2020 ORIGINAL PETITION

ORIGINAL PETITION

09/04/2020 ISSUE CITATION

ISSUE CITATION - ANDREW WANG - ESERVE

ISSUE CITATION - SHAWNA BESTREICH - ESERVE

ISSUE CITATION - BEACON HILL STAFFING GROUP, LLC - ESERVE

09/09/2020 CITATION

Unserved

Anticipated Server
ESERVE

Anticipated Method
Comment
ANDREW WANG

09/09/2020 CITATION

Unserved

Anticipated Server
ESERVE

Anticipated Method
Comment
SHAWNA BESTREICH

09/09/2020 CITATION

Unserved

Anticipated Server
ESERVE

Anticipated Method
Comment
BEACON HILL STAFFING GROUP, LLC

09/10/2020 WAIVER

ACKNOWLEGDMENT OF SERVICE

Comment
ACKNOWLEGDMENT OF SERVICE

## Financial

RANDSTAD GENERAL PARTNER, (US), LLC

| | |
|---|---|
| Total Financial Assessment | $316.00 |
| Total Payments and Credits | $316.00 |

| | | | | |
|---|---|---|---|---|
| 9/8/2020 | Transaction Assessment | | | $316.00 |
| 9/8/2020 | CREDIT CARD - TEXFILE (DC) | Receipt # 54494-2020-DCLK | RANDSTAD GENERAL PARTNER, (US), LLC | ($316.00) |

## Documents

ORIGINAL PETITION

ISSUE CITATION - ANDREW WANG - ESERVE

ISSUE CITATION - SHAWNA BESTREICH - ESERVE

ISSUE CITATION - BEACON HILL STAFFING GROUP, LLC - ESERVE

ACKNOWLEGDMENT OF SERVICE