# EXHIBIT G4

# FORM NO. 353-3 - CITATION
# THE STATE OF TEXAS

**To: BEACON HILL STAFFING GROUP, LLC**
**BY SERVING ITS REGISTERED AGENT CORPORATION SERVICE COMPANY**
**211 E 7TH STREET SUITE 620**
**AUSTIN TX 78701**

GREETINGS:
You have been sued. You may employ an attorney. If you or your attorney do not file a written Answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and **petition**, a default judgment may be taken against you. Your answer should be addressed to the clerk of the **44th District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **RANDSTAD GENERAL PARTNER, (US), LLC AND RANDSTAD TECHNOLOGIES, LLC**

Filed in said Court **4th day of September, 2020** against

**BEACON HILL STAFFING GROUP, LLC, SHAWNA BESTREICH AND ANDREW WANG**

For Suit, said suit being numbered **DC-20-12543,** the nature of which demand is as follows:
Suit on **OTHER (CIVIL)** etc. as shown on said petition, a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 9th day of September, 2020.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas

DISTRICT COURT OF DALLAS COUNTY TEXAS

By Carlenia Bouligny, Deputy
CARLENIA BOULIGNY

**ESERVE**

**CITATION**

**DC-20-12543**

**RANDSTAD GENERAL PARTNER, (US), LLC, et al**
**Vs.**
**BEACON HILL STAFFING GROUP, LLC, et al**

ISSUED THIS
**9th day of September, 2020**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By: CARLENIA BOULIGNY, Deputy

**Attorney for Plaintiff**
DAWN ESTES
ATTN ESTES THORNE & CARR PLLC
3811 TURTLE CREEK BLVD STE 2000
DALLAS TX 75219
214-599-4000
**destes@estesthornecarr.com**

**DALLAS COUNTY SERVICE FEES NOT PAID**

# OFFICER'S RETURN

Case No. : DC-20-12543

Court No.44th District Court

Style: RANDSTAD GENERAL PARTNER, (US), LLC, et al

Vs.

BEACON HILL STAFFING GROUP, LLC, et al

Came to hand on the _______________day of _________________, 20_________, at __________o'clock _________.M. Executed at _____________________________, within the County of _________________________ at ____________ o'clock _______ .M. on the _______________day of________________________________________, 20______________, by delivering to the within named ________________________________________________________________________________________________

________________________________________________________________________________________________

Each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by me in serving such process was _________miles and my fees are as follows: To certify which witness my hand.

For serving Citation $__________ _______________________________________________

For mileage $__________ of _________________County, ____________________

For Notary $__________ by _____________________________________Deputy

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said _________________________before me this _______day of ____________________, 20_______, to certify which witness my hand and seal of office.

___________________________________________________

Notary Public ___________________County_______

# FORM NO. 353-3 - CITATION
# THE STATE OF TEXAS

**To: BEACON HILL STAFFING GROUP, LLC**
**BY SERVING ITS REGISTERED AGENT CORPORATION SERVICE COMPANY**
**211 E 7TH STREET SUITE 620**
**AUSTIN TX 78701**

GREETINGS:
You have been sued. You may employ an attorney. If you or your attorney do not file a written Answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and **petition**, a default judgment may be taken against you. Your answer should be addressed to the clerk of the **44th District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **RANDSTAD GENERAL PARTNER, (US), LLC AND RANDSTAD TECHNOLOGIES, LLC**

Filed in said Court **4th day of September, 2020** against

**BEACON HILL STAFFING GROUP, LLC, SHAWNA BESTREICH AND ANDREW WANG**

For Suit, said suit being numbered **DC-20-12543,** the nature of which demand is as follows:
Suit on **OTHER (CIVIL)** etc. as shown on said petition, a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 9th day of September, 2020.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas

DISTRICT COURT OF DALLAS COUNTY TEXAS

By Carlenia Bouligny, Deputy
CARLENIA BOULIGNY

**ESERVE**

**CITATION**

**DC-20-12543**

**RANDSTAD GENERAL PARTNER, (US), LLC, et al**
**Vs.**
**BEACON HILL STAFFING GROUP, LLC, et al**

ISSUED THIS
**9th day of September, 2020**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By: CARLENIA BOULIGNY, Deputy

**Attorney for Plaintiff**
DAWN ESTES
ATTN ESTES THORNE & CARR PLLC
3811 TURTLE CREEK BLVD STE 2000
DALLAS TX 75219
214-599-4000
**destes@estesthornecarr.com**

**DALLAS COUNTY SERVICE FEES NOT PAID**

# OFFICER'S RETURN

Case No. : DC-20-12543

Court No.44th District Court

Style: RANDSTAD GENERAL PARTNER, (US), LLC, et al

Vs.

BEACON HILL STAFFING GROUP, LLC, et al

Came to hand on the ________________day of __________________, 20_________, at __________o'clock _________.M. Executed at ______________________________, within the County of __________________________ at ____________ o'clock _______ .M. on the ________________day of_________________________________________, 20_______________, by delivering to the within named ____________________________________________________________________________________________________

____________________________________________________________________________________________________

Each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by me in serving such process was _________miles and my fees are as follows: To certify which witness my hand.

| | | |
|---|---|---|
| For serving Citation | $__________ | ______________________________________________ |
| For mileage | $__________ | of __________________County, ____________________ |
| For Notary | $__________ | by _____________________________________Deputy |

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said __________________________before me this _______day of _____________________, 20_______, to certify which witness my hand and seal of office.

____________________________________________________

Notary Public ___________________County_______