# EXHIBIT G5

FILED
9/10/2020 10:24 AM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Rosa Delacerda DEPUTY

CAUSE NO. DC-20-12543

| | | |
|---|---|---|
| RANDSTAD GENERAL PARTNER (US), LLC and RANDSTAD TECHNOLOGIES, LLC, Plaintiffs, | * | IN THE DISTRICT COURT |
| | * | 44TH JUDICIAL DISTRICT |
| v. | * | |
| BEACON HILL STAFFING GROUP, LLC, SHAWNA BESTREICH, and ANDREW WANG, Defendants. | * | DALLAS COUNTY, TEXAS |

**ACKNOWLEDGMENT OF SERVICE**

Lea C. Dearing represents and states that she is counsel for Defendant Beacon Hill Staffing Group, LLC, in the above matter, and hereby acknowledges service of the ***Complaint*** action on its behalf. The undersigned states that she has received a copy of the aforementioned pleading and that all further formal service of process on Defendant Beacon Hill Staffing Group, LLC is hereby waived.

This the 10th day of September, 2020.

Respectfully submitted,

BERMAN FINK VAN HORN P.C.

By: */s/ Lea C. Dearing*

Lea C. Dearing
Texas Bar No. 24045018
3475 Piedmont Road, N.E.
Suite 1100
Atlanta, Georgia 30305
(404) 261-7711 (telephone)
(404) 233-1943
ldearing@bfvlaw.com

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2020, the foregoing **ACKNOWLEDGMENT OF SERVICE** was served with the Clerk of Court using the eFile Texas system. All attorneys identified with the Court for electronic service on record in this case were served by electronic service in accordance with the EFile.TXCourts.gov system, including the following counsel of record:

Dawn Estes
Terah Moxley
ESTES THORNE & CARR PLLC
3811 Turtle Creek Blvd., Suite 2000
Dallas, Texas 75219
destes@estesthornecarr.com
tmoxley@estesthornecarr.com

Robert C. Stevens
bstevens@seyfarth.com
Alex Meier
ameier@seyfarth.com
SEYFARTH SHAW LLP
1075 Peachtree Street, N.E., Suite 2500
Atlanta, Georgia 30309-3962

Erik W. Weibust
eweibust@seyfarth.com
SEYFARTH SHAW LLP
Two Seaport Lane, Suite 300
Boston, Massachusetts 02210

This 10th day of September, 2020.

BERMAN FINK VAN HORN P.C.

By: _/s/ Lea C. Dearing___________
Lea C. Dearing
Texas Bar No. 24045018

3475 Piedmont Road NE, Suite 1100
Atlanta Georgia 30305
(404) 261-7711
1254622