CAUSE NO. DC-20-12543

| | | |
|---|---|---|
| RANDSTAD GENERAL PARTNER (US), LLC and RANDSTAD TECHNOLOGIES, LLC, Plaintiffs, | * | IN THE DISTRICT COURT |
| | * | 44TH JUDICIAL DISTRICT |
| v. | * | |
| BEACON HILL STAFFING GROUP, LLC, SHAWNA BESTREICH, and ANDREW WANG, Defendants. | * | DALLAS COUNTY, TEXAS |

**DEFENDANT BEACON HILL STAFFING GROUP, LLC'S NOTICE OF FILING NOTICE OF REMOVAL**

TO: Plaintiffs, Randstad General Partner (US), LLC
and Randstad Technologies, LLC
By and through their counsel of record
Dawn Estes
Terah Moxley
ESTES THORNE & CARR PLLC
3811 Turtle Creek Blvd.
Suite 2000
Dallas, Texas 75219

Please take notice that the undersigned has this day, filed in the United States District Court for the Northern District of Texas, Dallas Division, the attached Notice of Removal. Pursuant to 28 U.S.C. section 1446(d), the above-styled action is now removed and all further proceedings in the District Court of Dallas County, State of Texas, are stayed.

This the 10th day of September, 2020.

Respectfully submitted,

BERMAN FINK VAN HORN P.C.

By: */s/ Lea C. Dearing*
Lea C. Dearing
Texas Bar No. 24045018

3475 Piedmont Road, N.E.
Suite 1100
Atlanta, Georgia 30305
(404) 261-7711 (telephone)
(404) 233-1943
ldearing@bfvlaw.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on September 10th 2020, the foregoing **DEFENDANT BEACON HILL STAFFING GROUP, LLC'S NOTICE OF FILING NOTICE OF REMOVAL** was served with the Clerk of Court using the eFile Texas system and a copy served on the following counsel of record by e-mail:

Dawn Estes
Terah Moxley
ESTES THORNE & CARR PLLC
3811 Turtle Creek Blvd.
Suite 2000
Dallas, Texas 75219
destes@estesthornecarr.com
tmoxley@estesthornecarr.com

Robert C. Stevens
bstevens@seyfarth.com
Alex Meier
ameier@seyfarth.com
SEYFARTH SHAW LLP
1075 Peachtree Street, N.E., Suite 2500
Atlanta, Georgia 30309-3962

Erik W. Weibust
eweibust@seyfarth.com
SEYFARTH SHAW LLP
Two Seaport Lane, Suite 300
Boston, Massachusetts 02210

This 10th day of September, 2020.

BERMAN FINK VAN HORN P.C.

By: */s/ Lea C. Dearing*
Lea C. Dearing
Texas Bar No. 24045018

3475 Piedmont Road NE, Suite 1100
Atlanta Georgia 30305
(404) 261-7711
(404) 233-1943 (Fax)
1254021