**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| RANDSTAD GENERAL PARTNER (US), LLC and RANDSTAD TECHNOLOGIES, LLC, Plaintiffs, | * | |
| v. | * | CIVIL ACTION FILE NO.: 3:20-cv-02814-N |
| BEACON HILL STAFFING GROUP, LLC, SHAWNA BESTREICH, and ANDREW WANG, Defendants. | * | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties hereto, by and through their undersigned counsel, hereby stipulate to the dismissal of this action with prejudice and no award of attorney's fees or costs by the Court, waiving all rights of appeal.

Respectfully Submitted,

RANDSTAD GENERAL PARTNER (US), LLC,
RANDSTAD TECHNOLOGIES, LLC,
By its Attorneys,

Date: November 17, 2021

*/s/ Robert C. Stevens*

Dawn Estes (*Of Counsel)*
State Bar No. 14251350
ESTES THORNE & CARR PLLC
3811 Turtle Creek Blvd, Suite 2000
Dallas, Texas 75219
destes@estesthornecarr.com
Telephone: (214) 599-4000

Robert C. Stevens *(Admitted pro hac vice)*
Georgia Bar No. 680142
Alex Meier *(Admitted pro hac vice)*
Georgia Bar No. 282350
SEYFARTH SHAW LLP
1075 Peachtree Street, N.E., Suite 2500

Atlanta, Georgia 30309-3962
Telephone: (404) 885-1500
Facsimile: (404) 892-7056
bstevens@seyfarth.com
ameier@seyfarth.com

BEACON HILL STAFFING GROUP, LLC
ANDREW WANG
By their Attorneys,

Date: November 17, 2021

*/s/ Lea C. Dearing*

Lea C. Dearing
TX State Bar No. 24045018
Benjamin I. Fink *(Admitted pro hac vice)*
GA State Bar No. 261090
BERMAN FINK VAN HORN P.C.
3475 Piedmont Road, N.E., Suite 1100
Atlanta, Georgia 30305
bfink@bfvlaw.com
ldearing@bfvlaw.com
Telephone: (404) 261-7711
Facsimile: (404) 233-1943
ldearing@bfvlaw.com
bfink@bfvlaw.com

**CERTIFICATE OF SERVICE**

I certify that, on November 17, 2021, I electronically filed the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of the Court using the CM/ECF system which will automatically send e-mail notification of such filing upon the following attorneys of record:

Dawn Estes
ESTES THORNE & CARR PLLC
3811 Turtle Creek Blvd.
Suite 2000
Dallas, Texas 75219
destes@estesthornecarr.com

Robert C. Stevens
bstevens@seyfarth.com
Alex Meier
ameier@seyfarth.com
SEYFARTH SHAW LLP
1075 Peachtree Street, N.E., Suite 2500
Atlanta, Georgia 30309-3962

Erik W. Weibust
eweibust@seyfarth.com
SEYFARTH SHAW LLP
Two Seaport Lane, Suite 300
Boston, Massachusetts 02210

This 17 day of November, 2021.

BERMAN FINK VAN HORN P.C.

By: */s/ Lea C. Dearing*
Lea C. Dearing
Texas Bar No. 24045018

3475 Piedmont Road NE, Suite 1100
Atlanta Georgia 30305
(404) 261-7711